CC TO JUDGE DJ

FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 0 8 2001    DJ

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY HENDERSON and ZENASH HADERA, | NO C-01-1199 P |
| Plaintiffs, | JURY DEMAND |
| v | |
| CITY OF SEATTLE, a municipal corporation, and KEITH SWANK, | |
| Defendants | |

COME NOW the plaintiffs, Jeffrey Henderson and Zenash Hadera, and pursuant to CR(b) demand a jury trial in the above-entitled action

DATED August 7, 2001

Respectfully Submitted,

LAW OFFICES OF LEMBHARD G HOWELL, P S

_____
Mark E Koontz, WSBA #26212
Attorneys for Plaintiff

CV 01-01199 #00000005

LAW OFFICES
LEMBHARD G. HOWELL, P S
PACIFIC BUILDING, SUITE 2105
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-5296