CC TO JUDGE KN

The Honorable Marsha Pechman

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

SEP 1 8 2001    KN

AT SEATTLE
CLERK U S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY HENDERSON and ZENASH HADERA, <br><br> Plaintiffs, <br><br> v <br><br> CITY OF SEATTLE, a municipal corporation, and KEITH SWANK, <br><br> Defendant | No C-01-1199 <br><br> DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES |

Defendants City of Seattle and Keith Swank (hereinafter referred to as "defendants") answer plaintiffs' complaint as follows

### ANSWER

1  Defendants admit the allegations contained in paragraph 1 of the plaintiffs' complaint.

2.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the plaintiffs' complaint and therefore deny the same

D
D  CV 01-01199 #00000007

\\SFC3\DATA\CLIENTS\3000\00013019\22433\PLEADINGS\ANSWER DOC

ORIGINAL

STAFFORD FREY COOPER
────Professional Corporation────
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Telephone (206) 623-9900

3       Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the plaintiffs' complaint and therefore deny the same

4       In answer to paragraph 4 of the plaintiffs' complaint, defendants admit that the City of Seattle is a municipal corporation created under the laws of the State of Washington and is subject to those laws which apply to all municipal corporations  The defendants deny the remaining allegations of paragraph 4

5       In answer to paragraph 5 of the plaintiffs' complaint, defendants admit that at all times relevant to the allegations contained in the plaintiffs' complaint, defendant Keith Swank was employed by the Seattle Police Department.  The defendants deny the remaining allegations contained in paragraph 5

6       In answer to paragraph 6 of the plaintiffs' complaint, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

7       In answer to paragraph 7 of the plaintiffs' complaint, defendants admit that, on or about August 29, 2000, Seattle Police Officers Keith Swank and Aaron Keating came into contact with plaintiff Henderson in the vicinity of the 100 block of Broadway Avenue East in Seattle, Washington   The defendants deny the remaining allegations contained in paragraph 7

8       In answer to paragraph 8 of the plaintiffs' complaint, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

9       In answer to paragraph 9 of the plaintiffs' complaint, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same.

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES  - 2

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

10  In answer to paragraph 10 of the plaintiffs' complaint, defendants admit that on August 29, 2000, Seattle Police Officers Keith Swank and Aaron Keating arrested plaintiff Henderson for assault and for obstructing a police officer. As to the remaining allegations contained in paragraph 10, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

11  In answer to paragraph 11 of the plaintiffs' complaint, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

12  In answer to paragraph 12 of the plaintiffs' complaint, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

13  In answer to paragraph 13 of the plaintiffs' complaint, defendants admit that plaintiff Henderson was acquitted of assault and obstructing a jury trial proceeding before Seattle Municipal Court  As to the remaining allegations contained in paragraph 13, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

14  Defendants deny the allegations contained in paragraph 14 of the plaintiffs' complaint

15  In answer to paragraph 15 of the plaintiffs' complaint, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

16  Defendants deny the allegations contained in paragraph 16 of the plaintiffs' complaint

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES  - 3

\\SFC3\DATA\CLIENTS\3000\000\3019\22433\PLEADINGS\ANSWER DOC

STAFFORD FREY COOPER
─────── *Professional Corporation* ───────
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

17  In answer to paragraph 17 of the plaintiffs' complaint, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

18  In answer to paragraph 18 of the plaintiffs' complaint, defendants admit that on April 4, 2001, Seattle Police Officer Keith Swank was dispatched to Check Mart located at 1407 East Madison, Seattle, Washington, in response to a citizen complaint that a check he was attempting to cash was improperly seized by the cashier who later was identified as plaintiff Hadera  The defendants deny the remaining allegations contained in paragraph 18

19  In answer to paragraph 19 of the plaintiffs' complaint, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

20  In answer to paragraph 20 of the plaintiffs' complaint, defendants admit that Officer Swank attempted to speak with plaintiff Hadera in the course of his investigation As to the remaining allegations in paragraph 20, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

21  In answer to paragraph 21 of the plaintiffs' complaint, defendants admit that Officer Swank arrested plaintiff Hadera on April 2, 2001 for obstructing a police officer  As to the remaining allegations in paragraph 21, defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

22  In answer to paragraph 22 of the plaintiffs' complaint, defendants deny that Officer Swank twisted her wrist or caused her any type of personal injury  As to the remaining allegations in paragraph 22, defendants are without knowledge or information

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES  - 4

\\SFC3\DATA\CLIENTS\3000\000\3019\22433\PLEADINGS\ANSWER DOC

STAFFORD FREY COOPER
―――― Professional Corporation ――――
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

sufficient to form a belief as to the truth of the allegations contained therein and therefore deny the same

23 - 40   Defendants deny the allegations contained in paragraphs 23 through 40 of the plaintiffs' complaint

## AFFIRMATIVE DEFENSES

In further answer and by way of affirmative defenses, defendants allege as follows

1.  The complaint fails to state a claim upon which relief can be granted.

2   The injuries complained of herein, if any were caused by plaintiffs' own conduct

3   Defendants affirmatively assert the defenses of good faith, qualified immunity, discretionary immunity and absolute immunity for any and all actions alleged

4   Any alleged detention or arrest of plaintiffs was lawful, and any force allegedly used was reasonable, necessary and lawful under the circumstances

5   Plaintiffs' claims should be dismissed for improper or insufficient service of process

6   Plaintiffs' claims are barred by the doctrines of laches, estoppel and the applicable statute of limitations

7   Plaintiffs have failed to file claims with the City of Seattle in the manner and form required by law

8   Plaintiffs are unable to demonstrate that a policy or practice of the defendant caused their injuries

9   Defendants are not subject to respondeat superior liability for the intention acts of its individual officers

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES  - 5

\\SFC3\DATA\CLIENTS\3000\000\3019\22433\PLEADINGS\ANSWER DOC

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled *Defendants' Answer and Affirmative Defenses* on the following individual(s):

        Mark E. Koontz, Esq.
        Law Offices of Lembhard G. Howell
        720 Third Avenue, Suite 2105
        Seattle WA 98104

[ ] VIA FACSIMILE
[ ] VIA MAIL
[X] VIA MESSENGER

Dated this 18th day of September, 2001, at Seattle, Washington.

_____
MARY ANN JARRETT

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES - 7

\\SFC3\DATA\CLIENTS\3000\000\3019\22433\PLEADINGS\ANSWER DOC

STAFFORD FREY COOPER
————Professional Corporation————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900