```
                                                          ____FILED      ____ENTERED
                                                          ____LODGED     ____RECEIVED
```

# United States District Court

WESTERN DISTRICT OF WASHINGTON

SEP 1 1 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

JEFFREY HENDERSON,

v.

CITY OF SEATTLE AND KEITH SWANK

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C01-1199P

__XX__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

There being no just cause for delay, judgment is entered on behalf of defendants with respect to all claims brought by Plaintiff Jeffrey Henderson. This order is entered pursuant to Fed. R. Civ. P. 54(b). A jury has returned a verdict for Defendant Swank on Plaintiff Henderson's claims for false arrest, malicious prosecution, and federal civil rights violation. The Court granted Defendant Swank's motion to dismiss Plaintiff Henderson's defamation claim. This motion was granted at the close of Plaintiff Henderson's case in chief. All other claims brought by Plaintiff Henderson against Defendants Keith Swank and City of Seattle have been dismissed on defendants' motion for summary judgment.

Dated:  September 11, 2002             BRUCE RIFKIN, Clerk of Court


                                       _____
                                       By, Deputy Clerk

145