FILED _____ ENTERED
LODGED _____ RECEIVED

SEP - 9 2002

AT SEATTLE
CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Jeffrey Henderson,

        Plaintiff,

v.

City of Seattle *et al.*,

        Defendants

NO. C01-1199P

SPECIAL VERDICT FORM FOR PLAINTIFF JEFFREY HENDERSON

We, the jury, answer the questions submitted by the Court as follows:

**Question No. 1:** Did Officer Keith Swank have probable cause to arrest Jeffrey Henderson for assault?

    Answer:    Yes __X__    No _____

If your answer to Question No. 1 is "yes," sign and return this verdict form

If your answer to Question No. 1 is "no," proceed to the remaining questions.

**Question No. 2:** Has plaintiff Henderson proved his claim of violation of his federal civil rights?

    Answer:    Yes _____    No.. _____

**Question No. 3:** Has plaintiff Henderson proved his claim for false arrest?

    Answer:    Yes _____    No _____



CV 01-01199 #00000150

/50

**Question No. 4:** Has plaintiff Henderson proved his claim for malicious prosecution?

Answer: Yes _____ No _____


If you have answered "yes" to Question No. 3 or 4, proceed to Question No. 5

If you have answered "no" to Questions No. 2, 3 and 4, sign and return this verdict form.


**Question No. 5:** Has defendant Swank proved his defense to the state claims of false arrest or malicious prosecution that plaintiff was engaged in the commission of felony assault upon defendant Swank?

Answer: Yes _____ No _____


If your answer to Question No. 2 is "yes" or your answer to Question No. 5 is "no," proceed to Question No. 6.


**Question No. 6:** What amount of damages, if any, has plaintiff proven?

$_____


_Michael Bagby_   9/9
Foreperson        2:35 pm